1080

No. 77.   HOLLAND ET AL. *v.* LUCAS COUNTY BOARD OF ELECTIONS ET AL.   Sup. Ct. Ohio.   Certiorari denied. *Robert L. Carter* for petitioners.   *John A. DeVictor, Jr.,* for respondents.

No. 262.   NAPLES *v.* MAXWELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.   *Dan W. Duffy* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *David L. Kessler* and *Leo J. Conway,* Assistant Attorneys General, for respondent.

No. 372.   CALIFORNIA *v.* SESSLIN.   Sup. Ct. Cal. Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Daniel J. Kremer,* Deputy Attorney General, for petitioner.

No. 432.   PEREZ *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *Max Cohen* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 562.   BENSON *v.* CARTER, PROBATION OFFICER, ET AL.   C. A. 9th Cir.   Certiorari denied.   *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Evelle J. Younger* for respondents.

No. 835.   D. H. OVERMYER WAREHOUSE Co., INC., ET AL. *v.* FLORIDA STEEL CORP.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.   *Cotton Howell* and *Russell Morton Brown* for petitioners.   *Robert C. Ward* for respondent.